IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:

NOVA SECURITY GROUP, INC.,            Case No. 16-00370-HAC

    Debtor.

---

NOVA SECURITY GROUP, INC.

    Plaintiff,

v.            Adversary Case No. 17-00052-HAC

NOVA ELECTRIC IMMOBILIZATION
DEVICES, PLC,

    Defendant.

ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

This matter is before the court on the oral motion of the plaintiff Nova Security Group, Inc., requesting that the court dismiss this adversary proceeding without prejudice. The plaintiff represents that it has been unable to serve the defendant after several attempts. The court finds that the oral motion should be granted. It therefore grants the plaintiff's oral motion and dismisses this adversary proceeding without prejudice.

Dated: December 19, 2017

/s/ Henry A. Callaway
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                           Southern District of Alabama
```

Nova Security Group, Inc.,
     Plaintiff                                                                                          Adv. Proc. No. 17-00052-HAC

Nova Electric Immobilization Devices, PL,
     Defendant

# CERTIFICATE OF NOTICE

```
District/off: 1128-1        User: LeeT4117              Page 1 of 1        Date Rcvd: Dec 19, 2017
                            Form ID: pdf1               Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
```
dft           +Nova Electric Immobilization Devices, PLC,    4481 Legendary Drive, Ste 201,
                Destin, FL 32541-5381
pla           +Nova Security Group, Inc.,    P.O. Box 3755,    Gulf Shores, AL 36547-3755
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
```
              Irvin   Grodsky    on behalf of Plaintiff    Nova Security Group, Inc. igpc@irvingrodskypc.com,
                  ruthl@irvingrodskypc.com
                                                                                             TOTAL: 1
```